JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MITCHELL HUMASON, | NO. CV 08-01522 ODW (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 10/8/2008

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE